**Electronically Filed
Supreme Court
SCAD-22-0000529
06-SEP-2022
10:23 AM
Dkt. 3 ORD**

SCAD-22-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCIPLINARY BOARD OF THE HAWAIʻI SUPREME COURT,
Petitioner,

vs.

MICHAEL HENRY GARBARINO, (Bar No. 10474),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Nos. 19-0392, 19-0411, 19-0534, 20-0166, 20-0197)

ORDER OF TRANSFER TO INACTIVE STATUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the August 31, 2022 petition filed by the Office of Disciplinary Counsel on behalf of, and with the approval of, the Disciplinary Board of the Hawaiʻi Supreme Court, requesting this court to transfer Respondent Michael Henry Garbarino to inactive status, pursuant to Rules 2.19 (b) and 2.19(c) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Garbarino is transferred to inactive status in this jurisdiction, pursuant to

RSCH Rules 2.19(b) and 2.19(c), effective with the filing of this order. Respondent Garbarino shall remain on inactive status until further order of this court.

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Garbarino to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawaiʻi and shall request their assistance and such action as may be indicated to protect the interests of both Respondent Garbarino and his clients, if any.

DATED: Honolulu, Hawaiʻi, September 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2